# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM E. RICHARDSON,<br><br>Defendant. | 4:24-po-05138-JTJ<br><br>**ORDER** |

Upon the Motion to Appear Telephonically, (Doc. 3) IT IS HEREBY ORDERED that Defendant may appear telephonically for the October 24, 2024 initial appearance. The deputy Clerk of Court will provide the call-in number to the defendant.

DATED this 16th day of October, 2024.

_____
John Johnston
United States Magistrate Judge