IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Adam E. Richardson,<br><br>Defendant. | 4:24-po-5138-JTJ<br><br>**ORDER** |

Upon the motion to appear remotely (Doc. 9) and with good cause shown, IT IS HEREBY ORDERED that the Defendant may appear remotely at the initial appearance on December 5, 2024. The Deputy Clerk of Court will provide to the defendant the instructions to appear remotely.

DATED this 3rd day of December, 2024.

_____
John Johnston
United States Magistrate Judge